IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AUDIE VITTORIO STEELE, #54869-177** § | | |
| Movant, § | | |
| § | | |
| v. § | | CIVIL NO. 3:18-CV-1171-M-BK |
| § | | (Criminal No. 3:16-CR-446-M-4) |
| **UNITED STATES OF AMERICA,** § | | |
| Respondent. § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed, and the Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the motion to vacate sentence under 28 U.S.C. § 2255 is **GRANTED IN PART**, Movant's sentence is **VACATED**, and he will be **RESENTENCED** in accordance with the Findings, Conclusions and Recommendation of the Magistrate Judge.

A separate order will issue directing that Movant be returned to this District for further proceedings.

SO ORDERED this 20th day of July, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE